# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> ARREN BERBERYAN <br> Defendant. | Case No.: SA CR 13-21-TLS <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

FILED CLERK U.S. DISTRICT COURT JUN - 6 2017 CENTRAL DISTRICT OF CALIFORNIA BY ___ DEPUTY

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central Dist, CA** for alleged violation(s) of the terms and conditions of his/~~her~~ [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ☒ The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/~~she~~ is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **multiple positive drug tests, multiple failures to appear for testing, no verified background info or known bail resources**

| | | |
|---|---|---|
| 1 | _____ | |
| 2 | _____ | |
| 3 | _____ | |
| 4 | and/or | |

B.  ( )  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:_____

_____

_____

_____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 6/6/17

_____
UNITES STATES MAGISTRATE JUDGE
PAUL L. ABRAMS